# CIVIL MINUTES – GENERAL

Case No. **2:18-cv-01417 AFM**          Date: **October 1, 2019**

Title    **Jalal Danial et al. v. United States of America**

Present: The Honorable:    **ALEXANDER F. MacKINNON, U.S. Magistrate Judge**

| Ilene Bernal | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers): ORDER DISMISSING ACTION**

     Pursuant to the Stipulation of Dismissal (ECF No. 87), IT IS ORDERED that this action is hereby **dismissed** with prejudice. Each party shall bear its own attorney's fees, costs, and expenses.

     **IT IS SO ORDERED.**

                                              :
                              **Initials of Preparer**    ib